UNITED STATES DISTRICT OURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MEGHAN BURKE

    Plaintiff,

v.                        Case No.: 18-cv-522

ADAPTIVE MICRO SYSTEMS, LLC

    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be and is hereby dismissed with prejudice, and without costs or attorneys' fees to any party.

Dated this 9th day of January, 2019.

| | |
|---|---|
| *s/ Matthew J. Tobin* | *s/ Robert S. Driscoll* |
| Matthew J. Tobin, SBN 1097545 | Robert S. Driscoll, SBN 1071461 |
| WALCHESKE & LUZI, LLC | REINHART BOERNER VAN DEUREN |
| 15850 W. Bluemound Road, Suite 304 | 1000 N. Water St., Ste. 1700 |
| Brookfield, Wisconsin 53005 | P.O. Box 2965 |
| | Milwaukee, Wisconsin 53201 |
| Telephone: (262) 780-1953 | |
| | Telephone: (414) 298-8272 |
| mtobin@walcheskeluzi.com | |
| | rdriscoll@reinhartlaw.com |
| *Attorney for Plaintiff* | |
| | *Attorney for Defendant* |